UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24405-RAR

HOWARD COHAN

    Plaintiff,

vs.

JERS SB INVESTMENTS LLC
a Florida Limited Liability Company
d/b/a LA GRANJA LE JEUNE

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, JERS SB INVESTMENTS LLC, a Florida Limited Liability Company, d/b/a LA GRANJA LE JEUNE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against JERS SB INVESTMENTS LLC, a Florida Limited Liability Company, d/b/a LA GRANJA LE JEUNE; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED February 26, 2024.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Nolan Klein** |
|---|---|
| Gregory S. Sconzo, Esq. | Nolan Klein, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 647977 |
| Sconzo Law Office, P.A. | LAW OFFICES OF NOLAN KLEIN, P.A. |
| 3825 PGA Boulevard, Suite 207 | 5550 Glades Road, Ste. 500 |
| Palm Beach Gardens, FL 33410 | Boca Raton, FL 33431 |
| Telephone: (561) 729-0940 | Telephone: (954) 745-0588 |
| Facsimile: (561) 491-9459 | Email: klein@nklegal.com |
| Email: greg@sconzolawoffice.com | Email: amy@nklegal.com |
| Email: alexa@sconzolawoffice.com | *Attorney for Defendant* |
| Attorney for Plaintiff | TAMdocketing@ogletree.com |
| | Attorney for Defendant |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                      /s/ Gregory S. Sconzo
                                                                       **Gregory S. Sconzo, Esq.**